United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SUSAN BERRYWIGGINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO N.A.; BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS, LLP; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.  5:15-cv-03116-HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

　　　　Defendant moves to dismiss the complaint.  Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than July 27, 2015, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.  Despite reminders from the court, not all parties have done so.  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge.  28 U.S.C. § 636; Civ. L.R. 73-1.

　　　　SO ORDERED.

Dated:   August 3, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　    　　　　　United States Magistrate Judge

5:15-cv-03116-HRL Notice has been electronically mailed to:

Daniel A Armstrong    darmstrong@afrct.com, AFRCTECF@afrct.com, emartinez@afrct.com, kwooten@afrct.com, lvelasquez@afrct.com

Robert Arthur Bailey    rbailey@afrct.com, AFRCTECF@afrct.com, hsaller@afrct.com, knielsen@afrct.com

5:15-cv-03116-HRL Notice sent by U.S. Mail to:

Marc Applbaum
Kettner Law Corporation
2150 West Washington Street #104
San Diego, CA 92110