1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. BERRYWIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>Defendants | Case No. 5:15-CV-03116<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S REQUETS FOR DISMISSAL**<br><br>Assigned to Hon. Beth Labson Freeman |

   The Request for Dismissal was filed by Plaintiff after Plaintiff and Defendants reached settlement.

Having considered the Request, and good cause appearing, the Court hereby Orders as follows:

1. Plaintiff's Request for Dismissal is GRANTED.

2. Plaintiff's complaint is DISMISSED without leave to amend.

3. The action in its entirety is DISMISSED with prejudice, IT IS SO ORDERED.


DATED: October 14, 2015                              KETTNER LAW CORPORATION

                                              BY:   _/s/ Beth Labson Freeman_

                                                    Hon. Beth Labson Freeman
                                                    United States District Court

2

CASE NO. 15-CV-03835-EDL
REQUEST FOR DISMISSAL